**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANGEL ANGULO-ZAMBADA,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, F.C.I. MENDOTA,<br><br>Respondent. | Case No. 1:23-cv-01739 KES CDB (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING PETITION FOR WRIT OF HABEAS CORPUS AS MOOT, AND DIRECTING THE CLERK OF COURT TO CLOSE THIS CASE<br><br>(Doc. 7) |

Angel Angula-Zambada was a federal prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. He asserts that the U.S. Bureau of Prisons improperly denied earned time credits under the First Step Act because he was the subject of an immigration detainer. Doc. 1. The magistrate judge performed a preliminary review of the petition and found the BOP's records indicated Angula-Zambada was no longer in custody. Doc. 7 at 2. As petitioner has been released from custody, the magistrate judge determined that the court is unable to grant the relief requested—namely, an "award of ETCs that would permit Petitioner to seek early release." *Id.* Consequently, the magistrate judge found the petition moot and recommended dismissal. *Id.* at 2-3.

The court served the findings and recommendations upon Angula-Zambada at the only address on record. The U.S. Postal Service returned the Court's mail as "Undeliverable, ICE removed, No Longer at this Address" on September 11, 2025. Nevertheless, service is deemed

fully effective pursuant to Local Rule 182(f).

Pursuant to 28 U.S.C. § 636(b)(1), the court performed a de novo review of the case. Having carefully reviewed the entire matter, the court concludes the findings and recommendations are supported by the record and proper analysis.  Thus, the court **ORDERS**:

1. The findings and recommendations issued on August 22, 2025 (Doc. 7) are **ADOPTED** in full.

2. The petition for writ of habeas corpus (Doc. 1) is **DISMISSED** without prejudice as moot.

3. The Clerk of Court is directed to close the case.

IT IS SO ORDERED.

Dated:    February 10, 2026

_____
UNITED STATES DISTRICT JUDGE

2